Fill in this information to identify your case:

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy                                 4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | ZVAH INC. |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business* as names | DBA  Brigitte |
| 3. | Debtor's federal Employer Identification Number (EIN) | 06-1623860 |

4. **Debtor's address**

**Principal place of business**

37 Canal Street
New York, NY 10002
Number, Street, City, State & ZIP Code

New York
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website (URL)** _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    ZVAH INC.                                                    Case number (if known) _____
          Name

**7. Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    7225

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Official Form 201         *Voluntary Petition for Non-Individuals Filing for Bankruptcy*         *page 2*

Debtor    ZVAH INC.                                                    Case number (if known) _____
            Name

**11. Why is the case filed in this district?**    Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention? (Check all that apply.)**

    - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

        What is the hazard? _____

    - ☐ It needs to be physically secured or protected from the weather.

    - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    - ☐ Other

        **Where is the property?** _____
                                    Number, Street, City, State & ZIP Code

        **Is the property insured?**

        - ☐ No
        - ☐ Yes.    Insurance agency _____
                     Contact name _____
                     Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**    Check one:

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   __ZVAH INC._____   Case number (if known) _____
         Name

▆▆▆▆▆   **Request for Relief, Declaration, and Signatures**

WARNING — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __February 1, 2019__
              MM / DD / YYYY

X _____        Anthony Coppers
   Signature of authorized representative of debtor   Printed name

Title   __President_____

**18. Signature of attorney**

X _____        Date   __February 1, 2019__
   Signature of attorney for debtor                      MM / DD / YYYY

__Lawrence F. Morrison_____
Printed name

__Morrison Tenenbaum, PLLC_____
Firm name

__87 Walker Street, Second Floor_____
__New York, NY 10013_____
Number, Street, City, State & ZIP Code

Contact phone   __212-620-0938__     Email address   __info@m-t-law.com_____

__2889590 NY_____
Bar number and State

# United States Bankruptcy Court
## Southern District of New York

In re   **ZVAH INC.** _____     Case No. _____
                                    _____
                                    Debtor(s)              Chapter   **11**   _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Convivium Restaurant Group LLC** | | **81%** | |
| **Olafur Stephensen** | | **19%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **February 1, 2019** _____     Signature _____
                                                        Anthony Coppers

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Southern District of New York

In re    **ZVAH INC.**                                                   Case No. _____
                                    Debtor(s)           Chapter    **11**    _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **January 31, 2019**            _____

                                    Anthony Coppers/President
                                    Signer/Title

A TO Z CONSTRUCTION GROUP, INC
2429 E 11TH STREET
BROOKLYN, NY 11235


AJ SANCHEZ INC.
2065 CICERO AVENUE
BRONX, NY 10473


ALLIED FIRE CONTROL SERVICES I
47-25 34TH STREET
PO BOX 19085
LONG ISLAND CITY, NY 11101


ALPHA BUSINESS COMMUNICATION
1123 BROADWAY
NEW YORK, NY 10010


AMAZON
410 TERRY AVE N
SEATTLE, WA 98109


ANTHONY COPPERS COMMUNICATION
135 W 41ST STREET
NEW YORK, NY 10036


AUTO CHLOR
1405 COMMERCE AVENUE
BRONX, NY 10461


AUTOTAP CORPORATION
958 GRAND STREET
BROOKLYN, NY 11211


BALDOR SPECIALITY FOODS
155 FOOD CENTER DRIVE
BRONX, NY 10474


BARON FRANCOIS
11 HANOVER SQUARE, 13TH FLOOR
NEW YORK, NY 10005


BEVERAGE GROUP INTERNATIONAL
1 RADISSON PLAZA
SUITE 701
NEW ROCHELLE, NY 10801

BHB PEST ELIMINATION
150 W 28TH ST
NEW YORK, NY 10001


BIEN CUIT
120 SMITH STREET
BROOKLYN, NY 11201


BIG BLUE BEER
2407, 223 GREENPOINT AVENUE
BROOKLYN, NY 11222


BIG BLUE DISTRIBUTORS, INC
223 GREENPOINT AVENUE
BROOKLYN, NY 11222


BLACK DIAMOND GOURMENT, INC.
1581 MCDONALD AVENUE
BROOKLYN, NY 11230


BLUEPAY PROCESSING LLC
184 SHUMAN BLVD, SUITE 350
NAPERVILLE, IL 60563


BROADWAY PARTY RENTAL
134 MORGAN AVENUE
BROOKLYN, NY 11237


CENTURY AWNING CONCEPTS
11 BROOKDALE PLACE
MOUNT VERNON, NY 10550


COMMUNAL BRANDS
40-29 27TH STREET
LONG ISLAND CITY, NY 11101


CONEDISON
COOPER STATION
PO BOX 138
NEW YORK, NY 10276-0138


COX PADMORE SKOLNIK & SHAKA
630 THIRD AVENUE, 19TH FLOOR
NEW YORK, NY 10017

D'ARTAGNAN
600 GREEN LANE
UNION, NJ 07083

DAROMA RESTAURANT EQUIPMENT CO
180 BOWERY
NEW YORK, NY 10012

DAVID BOWLER LLC
119 W 23RD STREET, SUITE 507
NEW YORK, NY 10011

ECOLAB
PO BOX 32027
NEW YORK, NY 10087

ELITE PEST CONTROL
PO BOX 1235
EAST HAMPTON, NY 11937

EMPIRE MERCHANTS LLC
16 BRIDGEWATER STREET
BROOKLYN, NY 11222

FAST LINEN SERVICE INC.
945 NEPPERHAN AVENUE
YONKERS, NY 10703

FLOWERS ON ESSEX
384 GRAND STREET
NEW YORK, NY 10002

GAETA INTERIOR DEMO
25 VAN STREET
STATEN ISLAND, NY 10310

H&M
300 LIGHTENING WAY, SUITE 100
SECAUCUS, NJ 07094

HANNA LEE COMMUNICATIONS, INC
3 COLUMBUS CIRCLE, 15TH FLOOR
NEW YORK, NY 10019

HESO ELECTRICAL INC.
19-10 HAZEN STREET
SUITE B
EAST ELMHURST, NY 11370


HUDES LLC
174 RUTLEDGE STREET
BROOKLYN, NY 11211


I. HALPER
51 HOOK ROAD
BAYONNE, NJ 07002


ICE CUB, INC DBA APPLE ICE
171 EAST INDUSTRY COURT
DEER PARK, NY 11729


IL LABROTORIO DEL GELATO
188 LUDLOW STREET
NEW YORK, NY 10002


IMPERIAL DADE
255 ROUTE 1 & 9
JERSEY CITY, NJ 07306


J & R ELECTRICAL
15685 COUNTY RTE 91
PO BOX 767
PIERREPONT MANOR, NY 13674


J. CREW
770 BROADWAY
NEW YORK, NY 10003


J. VROLA
603 WASHINGTON AVENUE, BLDG. 8
SOUTH AMBOY, NJ 08879


JETRO CASH & CARRY
1524 132ND STREET
COLLEGE POINT, NY 11356


JFK RESTAURANT EQUIPMENT SUPPL
55 CANAL STREET
NEW YORK, NY 10002

JOHN'S GOURMET FOOD SERVICE
PO BOX 1418
LONG ISLAND CITY, NY 11101


K LOCK NY
13 OLIVER STREET
NEW YORK, NY 10038


KALUSTYN'S
123 LEXINGTON AVENUE
NEW YORK, NY 10016


KAMRAN NASEEM
6 LUDLOW #2
NEW YORK, NY 10002


KINSON WHOLESALE, INC.
33 W. 19TH STREET, 4TH FLOOR
NEW YORK, NY 10011


LIBERTY BELL ALARMS CORP
287 E ROCKAWAY RD
HEWLETT, NY 11557


LIBERTY COCA COLA BEVERAGES
PO BOX 1857
BRANDON, FL 33509


MATT TAYLOR-GROSS
1219 UNION STREET, APT C3
BROOKLYN, NY 11225


NEW YORK BEVERAGE
515 BRUCKNER BLVD
BRONX, NY 10455


NICOLE FASOLINO
140 W 22ND STREET, 7D
NEW YORK, NY 10011


NOLA ORTIZ
58 KENMARE STREET, APT 19
NEW YORK, NY 10012

NYC DEPT OF SANITATION
125 WORTH STREET
NEW YORK, NY 10013


NYC FIRE DEPARTMENT
9 METROTECH CENTER
BROOKLYN, NY 11201


NYS DEPT. OF TAX AND FIN.
BANKRUPTCY SECTION
PO BOX 5300
ALBANY, NY 12205


OLD NAVY
2 FOLSOM STREET
SAN FRANCISCO, CA 94105


OPEN TABLE
ONE MONTGOMERY STREET, SUITE 7
SAN FRANCISCO, CA 94104


OZANEAUX LTD
515 W 20TH ST #4E
NEW YORK, NY 10011


PARIS GOURMET
PO BOX 36242
NEWARK, NJ 07188


PARK STREET IMPORTS
1000 BRICKWELL AVE, SUITE 915
MIAMI, FL 33131


PAYCHEX
911 PANORAMA TRAIL SOUTH
ROCHESTER, NY 14625


PM SPIRITS DISTRIBUTING CORP
505 JOHNSON AVENUE, STUDIO 17
BROOKLYN, NY 11237


POLANER SELECTIONS
19 NORTH MOGER AVE.
MOUNT KISCO, NY 10549

RACHEL VAN DOLSEN LLC
240 BEDFORD AVENUE
BROOKLYN, NY 11211


RAINBOW KITCHEN SUPPLIES
272 BOWERY
NEW YORK, NY 10012


REGALIS FOODS
45-48 37TH STREET
ATTN: ACCOUNTS RECEIVABLE
LONG ISLAND CITY, NY 11101


RESERVE
34 3RD AVE #160
NEW YORK, NY 10003


RESTAURANTLINK
12101 W 110TH STREET
SUITE 300
OVERLAND PARK, KS 66210


SALES TAX DEFENSE LLC
673 DEER PARK AVE
HUNTINGTON STATION, NY 11746


SHELTERPOINT
1225 FRANKLIN AVENUE
STE. 475
GARDEN CITY, NY 11530


SID WAINER & SON
PO BOX 50240
NEW BEDFORD, MA 02745


SINGER NY DBA M TUCKER
150 SOUTH TWIN VALLEY ROAD
ELVERSON, PA 19520


SKURNIK WINES INC.
100 JERICHO QUADRANGLE
SUITE 140
JERICHO, NY 11753

SOS CHEFS OF NY
LENOX HILL STATION, PO BOX 517
NEW YORK, NY 10021

SOUTHERN GLAZER'S OF NY METRO
PO BOX 3143
HICKSVILLE, NY 11802

SUNRISE MART SOHO
2213, 494 BROOME STREET
NEW YORK, NY 10013

SYSCO
20 THEODORE CONRAD DR.
JERSEY CITY, NJ 07305

THE HARTFORD
PO BOX 660916
DALLAS, TX 75266

THE LOBSTER PLACE WHOLESALE
75 9TH AVENUE
NEW YORK, NY 10011

TILIT
319 GRAND STREET, 2ND FLOOR
NEW YORK, NY 10002

TIME WARNER CABLE
PO BOX 742663
CINCINNATI, OH 45274

TOP SHELF STAFFING
68 W 39TH STREET
NEW YORK, NY 10018

UNIQUE MECHANICAL HVAC
150 MARINE STREET
FARMINGDALE, NY 11735

URBANA
30 S KINGMAN RD
SOUTH ORANGE, NJ 07079

UTICA FIRST INSURANCE
5981 AIRPORT RD
ORISKANY, NY 13424


VALUE SERVICE
86 BROADWAY
FREEPORT, NY 11520


WESNICK INC
19 FOREST AVE
LAKE GROVE, NY 11755


WEST SIDE STONE & MARBLE CO
1169 GRINNELL PLACE
BRONX, NY 10474


WESTGUARD INSURANCE COMPANY
PO BOX 785570
PHILADELPHIA, PA 19178


WINEBOW, INC
PO BOX 416636
BOSTON, MA 02241


YELP INC.
PO BOX 398857
SAN FRANCISCO, CA 94139

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re:

**ZVAH, INC., d/b/a BRIGITTE,**

Chapter 11

Case No. 19- _____

                    Debtor.
----------------------------------------------------------------X

### AFFIDAVIT PURSUANT TO S.D.N.Y. LOCAL BANKRUPTCY RULE 1007-2

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

I, Anthony Copper, duly sworn, depose and say:

1.      I am the President of Convivium Restaurant Group LLC, the majority shareholder

of Zvah, Inc., d/b/a Brigitte (the "Debtor"), and as such I am familiar with the operations,

business and financial affairs of the Debtor. I submit this affidavit in accordance with the

S.D.N.Y Local Bankruptcy Rule 1007-2 in support of the voluntary petition filed by the Debtor.

2.      There are no other or prior bankruptcy cases against the Debtor and this petition is

being filed as a voluntary Chapter 11 proceeding on January 31, 2019, and as such there has been

no trustee or creditors' committee appointed in this case.

3.      A copy of the Debtor's board resolution authorizing the Chapter 11 filing is

annexed hereto as **Exhibit "A"**.

4.      The Debtor is a New York corporation company and was incorporated on

December 28, 2000.

5.      The Debtor operates a French restaurant at the premises located at 37 Canal

Street, New York, NY 10002 (the "Premises").

6. The Debtor's immediate need for relief in this Court stems from its serious cashflow difficulties resulting from previous debt obligations and underperformance of the Debtor's operations of the Premises.

7. By way of background, the Debtor purchased an existing business located at the Premises on or about 2015, which included a previous tax liability unknown to the Debtor at the time of purchase.

8. The Debtor then invested significant amounts of money in the Premises over two years to address various structural support and floor planning issues preventing the Debtor from operating the business.

9. On or about 2017, the Debtor began operating the Premises as a French restaurant but continued to be plagued with compliance and regulatory violations from state and local agencies; these costly and time-consuming violations have prevented the Debtor from having 100% operational capacity and therefore the Debtor has continued to endure financial hardship from the start of its venture.

10. Pursuant to Rule 1007-(a)(4) of the local bankruptcy rules annexed hereto as **Exhibit "B"** is a list containing the names and addresses of the Debtor's twenty (20) largest unsecured creditors, excluding insiders.

11. Pursuant to Rule 1007-2(a)(5) of the local bankruptcy rules, annexed hereto as **Exhibit "C"** is a list containing the names and addresses of the Debtor's five (5) largest secured claims.

12. Pursuant to Rule 1007-2(a)(6) of the local bankruptcy rules, annexed hereto as **Exhibit "D"** is a summary of the Debtor's assets and liabilities. This is an internally generated estimate of assets and liabilities and may require certain adjustments.

13.    The Debtor does not have any publicly held shares, debentures, or other securities.

14.    There is no property of the Debtor in the possession or custody of any public officer, receiver, trustee, pledge, assignee of rents, liquidators, secured creditors, or agents of such person.

15.    The Debtor is not a party to any pending lawsuits.

16.    The Debtor is a tenant at the Premises under a non-residential real property lease; YIVTECH TRUST is the owner of the Premises and currently holds a security deposit in the amount of $33,576.00.

17.    The Debtor's assets consist primarily of restaurant food and beverage inventory, furniture, fixtures and equipment. The Debtor's books and records are located at the Premises.

18.    The Debtor at this time is managed through its President, Anthony Copper. The President does not presently receive a salary.

19.    Aside from the President, the Debtor currently does not have any employees and therefore no payroll.

20.    The Debtor expects to receive revenue from operations of the business in the amount of approximately $60,000.00 for the thirty (30) period following the Chapter 11 filing. The Debtor's operating expenses during the same thirty (30) day period should be approximately $57,000.00.

21.    The Debtor intends to continue in operation and propose a plan of reorganization which treats all creditors in a fair and equitable manner consistent with the provisions of the Bankruptcy Code.

[Signature page follows]

Convivium Restaurant Group, LLC
81% Shareholder of Zvah, Inc.

By: _____
Anthony Copper, President

Sworn to before me this
1st day of February 2019

_____
NOTARY PUBLIC

HECTOR PADILLA
Notary Public – State of New York
NO. 01PA6270383
Qualified in Bronx County
My Commission Expires Dec 16, 2020

**EXHIBIT A**

**CORPORATE RESOLUTION**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

**ZVAH, INC., d/b/a BRIGITTE**

                                                        Debtor.
-----------------------------------------------------------------X

Chapter 11

Case No. 19-_____ ( )

## <u>CORPORATE RESOLUTION</u>

At the meeting of the Board of Directors of Zvah, Inc. d/b/a Brigitte., a New York corporation (the "Company"), it was determined to be in the best interests of the Company to file for bankruptcy under Chapter 11 of the United States Bankruptcy Code and the following resolution was adopted:

Whereas, it is in the best interest of the Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Anthony Coppers, President of Convivium Restaurant Group, LLC, a shareholder of the Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved, that Anthony Coppers, President of Convivium Restaurant Group, LLC, a shareholder of the Company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case; and

Be It Further Resolved, that Anthony Coppers, President of Convivium Restaurant Group, LLC, a shareholder of the Company, is authorized and directed to employ Lawrence F. Morrison, attorney and the law firm of Morrison Tenenbaum, PLLC to represent the Company in such bankruptcy case.

Dated: New York, New York
February 1, 2019

Convivium Restaurant Group, LLC

By: _____
Anthony Coppers, President

**EXHIBIT B**

**20 LARGEST UNSECURED CREDITORS**

| Debtor name | ZVAH INC. |
|---|---|
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A to Z Construction Group, Inc 2429 E 11th Street Brooklyn, NY 11235 | | | Disputed | | | $356,165.54 |
| Allied Fire Control Services I 47-25 34th Street PO Box 19085 Long Island City, NY 11101 | | | | | | $7,241.87 |
| Anthony Coppers Communication 135 W 41st Street New York, NY 10036 | | | | | | $72,387.99 |
| BHB Pest Elimination 150 W 28th St New York, NY 10001 | | | | | | $3,740.31 |
| Cox Padmore Skolnik & Shakla 630 Third Avenue, 19th Floor New York, NY 10017 | | | | | | $5,890.00 |
| D'Artagnan 600 Green Lane Union, NJ 07083 | | | | | | $3,033.16 |
| Ecolab PO Box 32027 New York, NY 10087 | | | | | | $2,586.37 |
| Empire Merchants LLC 16 Bridgewater Street Brooklyn, NY 11222 | | | | | | $4,577.65 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   __ZVAH INC._____   Case number (if known)   _____
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Hanna Lee Communications, Inc 3 Columbus Circle, 15th Floor New York, NY 10019 | | | | | | $19,500.00 |
| Heso Electrical Inc. 19-10 Hazen Street Suite B East Elmhurst, NY 11370 | | | | | | $4,082.81 |
| Hudes LLC 174 Rutledge Street Brooklyn, NY 11211 | | | | | | $12,504.97 |
| J & R Electrical 15685 County Rte 91 PO Box 767 Pierrepont Manor, NY 13674 | | | | | | $4,050.00 |
| J. Vrola 603 Washington Avenue, Bldg. 8 South Amboy, NJ 08879 | | | | | | $7,679.73 |
| John's Gourmet Food Service PO Box 1418 Long Island City, NY 11101 | | | | | | $4,120.41 |
| NYS Dept. of Tax and Fin. Bankruptcy Section PO Box 5300 Albany, NY 12205 | | | | $80,000.00 | $0.00 | $80,000.00 |
| Rachel Van Dolsen LLC 240 Bedford Avenue Brooklyn, NY 11211 | | | | | | $18,084.20 |
| Sid Wainer & Son PO Box 50240 New Bedford, MA 02745 | | | | | | $5,690.25 |
| The Hartford PO Box 660916 Dallas, TX 75266 | | | | | | $19,148.81 |
| The Lobster Place Wholesale 75 9th Avenue New York, NY 10011 | | | | | | $3,721.23 |

Debtor   __ZVAH INC._____          Case number *(if known)*   _____
                Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| WestGuard Insurance Company PO Box 785570 Philadelphia, PA 19178 | | | | | | $4,399.78 |

**EXHIBIT C**

**5 LARGEST SECURED CREDITORS**

None

## EXHIBIT D

### SUMMARY OF ASSETS AND LIABILITIES

**Approx. Assets:  -$50,576.00**

**Approx. Liabilities: $664,649.62**

# United States Bankruptcy Court
## Southern District of New York

In re    __ZVAH INC.__

_____

Debtor(s)

Case No. _____

Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __ZVAH INC.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Convivium Restaurant Group LLC**

_____

☐ None [*Check if applicable*]

**February  1, 2019**
_____

Date

**Lawrence F. Morrison**

Signature of Attorney or Litigant

Counsel for    **ZVAH INC.**

**Morrison Tenenbaum, PLLC**

**87 Walker Street, Second Floor**
**New York, NY 10013**
**212-620-0938 Fax:646-390-5095**
**info@m-t-law.com**